Behrooz P. Vida, SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
EMAIL: filings@vidalawfirm.com
TEL:    (817) 358-9977
FAX:    (817) 358-9988
ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  10-45775-11 |
| TRAINOR, FRED MARSHALL | § | |
|     DEBTOR | § | |

_____

### DEBTOR'S  RESPONSE  TO MOTION FOR RELIEF FROM
### STAY FILED BY SONABANK

TO THE HONORABLE JUDGE OF SAID COURT:

TRAINOR, FRED MARSHALL ("Debtor"), files this response to the Motion For Relief From Stay filed by the above referenced creditor.  Debtor respectfully shows the Court that Debtor does not have any objection to the request for relief.  Further, Debtor claims no interest in the subject property.  Therefore, Debtor prays that the Court grant that relief which is deemed appropriate.

Respectfully submitted,


BY:  /S/ Behrooz P. Vida      10/19/2010
       Behrooz P. Vida
       State Bar No. 20578040

Carla R. Vida
State Bar No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL:   (817) 358-9977
FAX:   (817) 358-9988

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically.  Service was accomplished electronically and/or by first class mail to the parties indicated below.

Jennifer Mitchell  via  ECF

William Neary  via ECF

Trainor, Fred Marshall
50 Valley Ridge
Fort Worth, TX 76107

<u>/S/ Behrooz P. Vida    10/19/2010</u>
Behrooz P. Vida
Carla R. Vida