Behrooz P. Vida, SBOT No. 20578040
Carla Reed Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
filings@vidalawfirm.com
ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-45775-rfn11 |
| | § | |
| FRED MARSHALL TRAINOR | § | |
|    Debtor | § | |
| | § | |
| SONABANK, f/k/a SONABANK, N.A. | § | CHAPTER 11 |
|    Movant | § | |
| | § | |
| v. | § | |
| | § | |
| FRED MARSHALL TRAINOR | § | JUDGE RUSSELL F. NELMS |

## RESPONSE TO MOTION OF SONABANK, f/k/a SONABANK, N.A. TO SET ASIDE ORDER DENYING ITS MOTION FOR RELIEF FROM STAY

TO THE HONORABLE JUDGE OF SAID COURT:

FRED MARSHALL TRAINOR ("Debtor"), does not oppose the relief sought by Sonabank, f/k/a Sonabank, N.A., in its Motion to Set Aside Order Denying its Motion for Relief From Stay.

Prayer

WHEREFORE, Debtor prays for an Order of this Court granting relief that is deemed appropriate under the circumstances.

Respectfully submitted:

BY: /s/ Behrooz P. Vida     December 15, 2010
Behrooz P. Vida
State Bar No. 20578040
Carla R. Vida
State Bar No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or first class mail to the parties indicated on the original court filed response.

Fred Marshal Trainor                  Via U.S. Mail
50 Valley Ridge
Fort Worth, TX 76107

Jennifer A. Mitchell                   Via ECF
Lonergan Law Firm, PLLC
12801 North Central Expressway
Suite 150
Dallas, TX 75243

U.S. Trustee's Office                   Via ECF
1100 Commerce Street
Room 976
Dallas, TX 75242

BY: /s/Behrooz P. Vida     December 15, 2010
Behrooz P. Vida
Carla R. Vida